| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Donato, James J. | 2. Court or Organization<br><br>United States District Court for the Northern District of CA | 3. Date of Report<br><br>07/02/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District Judge nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination    Date 06/20/2013<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>06/10/2013 |

| 7. Chambers or Office Address |
|---|
| Shearman & Sterling, Four Embarcadero Center, San Francisco CA 94111 |

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Shearman & Sterling LLP | Partner |
| 2. Director | Berkeley Symphony |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James J. | 07/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Shearman & Sterling LLP partner compensation | $1,113,098.48 |
| 2. 2012 | Shearman & Sterling LLP partner compensation | $879,204.68 |
| 3. 2013 YTD | Sjearman & Sterling LLP partner compensation | $761,311.38 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)* ·

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Santa Clara Univeristy Law School salary |
| 2. 2013 | Santa Clara University Law School salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James J. | 07/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard 529 Plan #1 | C | Int./Div. | M | T | Exempt | | | | |
| 2. -- Vanguard Income Portfolio | | | | | | | | | |
| 3. Vanguard 529 Plan #2 | C | Int./Div. | M | T | | | | | |
| 4. -- Vanguard Conservative Growth Portfolio | | | | | | | | | |
| 5. Vanguard 529 Plan #3 | C | Int./Div. | M | T | | | | | |
| 6. -- Vanguard Moderate Growth Portfolio | | | | | | | | | |
| 7. Brokerage Account #1 | | | | | | | | | |
| 8. -- Vanguard CA Inter Term Tx-Exempt FD Admiral Shares | A | Int./Div. | K | T | | | | | |
| 9. -- Vanguard Inter Term Tx-Exempt FD Admiral Shares | A | Int./Div. | J | T | | | | | |
| 10. -- Vanguard LTD Term Tx-Exempt FD Admiral Shares | A | Int./Div. | K | T | | | | | |
| 11. -- Vanguard Short Term Tx-Exempt FD Admiral Shares | A | Int./Div. | K | T | | | | | |
| 12. Brokerage Account #2 | | | | | | | | | |
| 13. -- Schwab Advisor Cash Reserve | A | Interest | L | T | | | | | |
| 14. IRA #1 | | | | | | | | | |
| 15. -- SPDR S&P500 ETF TR | A | Int./Div. | J | T | | | | | |
| 16. -- DFA US Lrg Cap Value Portfolio Instl | A | Int./Div. | J | T | | | | | |
| 17. -- PIMCO Low Duration III FD Instl | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br><br>(1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br><br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br><br>(1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- PIMCO Real Return FD Instl | A | Int./Div. | J | T | | | | | |
| 19. -- Vanguard Infl Protected Sec FD Admiral Shares | A | Int./Div. | J | T | | | | | |
| 20. IRA #2 | | | | | | | | | |
| 21. -- SPDR S&P500 ETF TR | A | Int./Div. | K | T | | | | | |
| 22. -- Vanguard REIT | A | Int./Div. | J | T | | | | | |
| 23. -- PIMCO Foreign Bond FD Unhedged Instl | A | Int./Div. | J | T | | | | | |
| 24. -- PIMCO Low Duration III FD Instl | A | Int./Div. | J | T | | | | | |
| 25. -- PIMCO Total Return FD Instl | A | Int./Div. | J | T | | | | | |
| 26. Brokerage 401(k) Account | | | | | | | | | |
| 27. -- Ishares DJ Select Div FD Select Div Index FD | A | Int./Div. | J | T | | | | | |
| 28. -- Ishares TR MSCI EAFE FD Index FD | B | Int./Div. | L | T | | | | | |
| 29. -- PowerSHS QQQ Trust SER 1 | B | Int./Div. | K | T | | | | | |
| 30. -- SPDR S&P500 ETF TR | B | Int./Div. | L | T | | | | | |
| 31. -- Vanguard REIT | A | Int./Div. | J | T | | | | | |
| 32. -- DFA Emerg Mkts Core Equity Port Instl | A | Int./Div. | K | T | | | | | |
| 33. -- DFA Intl Sm Cap Value Port Instl | A | Int./Div. | K | T | | | | | |
| 34. -- DFA Intl Small Co Port Instl | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br>(1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br>(1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- DFA Int'l Value Port Instl | A | Int./Div. | K | T | | | | | |
| 36. -- DFA Real Estate Securities Port Instl | A | Int./Div. | K | T | | | | | |
| 37. -- DFA US Large Cap Value Port Instl | A | Int./Div. | K | T | | | | | |
| 38. -- DFA US Micro Cap Port Instl | A | Int./Div. | K | T | | | | | |
| 39. -- DFA US Small Cap Port Instl | A | Int./Div. | K | T | | | | | |
| 40. -- DFA US Small Cap Value Port Instl | A | Int./Div. | K | T | | | | | |
| 41. -- Gateway FD CL Y | A | Int./Div. | K | T | | | | | |
| 42. -- PIMCO Foreign Bond FD Unhedged Instl | A | Int./Div. | K | T | | | | | |
| 43. -- PIMCO Foreign Bond FD Instl Class | B | Int./Div. | L | T | | | | | |
| 44. -- PIMCO Low Duration FD Instl | B | Int./Div. | L | T | | | | | |
| 45. -- PIMCO Real Return FD Instl | A | Int./Div. | K | T | | | | | |
| 46. -- PIMCO Short Term Instl | A | Int./Div. | J | T | | | | | |
| 47. -- PIMCO Total Return FD Instl | D | Int./Div. | L | T | | | | | |
| 48. -- Vanguard Equity Income FD Admiral Shares | B | Int./Div. | K | T | | | | | |
| 49. -- Vanguard Infl Protected Securities Admiral Shares | A | Int./Div. | J | T | | | | | |
| 50. -- Vanguard Short Term Bond Index Signal | D | Int./Div. | L | T | | | | | |
| 51. -- Vanguard Total Bond Market Index Signal | D | Int./Div. | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- Schwab Advisor Cash Reserve | A | Interest | J | T | | | | | |
| 53. Shearman & Sterling HR-10 (no control) | A | Int./Div. | M | T | | | | | |
| 54. Cooley 2001 CO Fund | A | Distribution | J | T | | | | | |
| 55. Cooley 2002 VC Fund | A | Distribution | K | T | | | | | |
| 56. Cooley 1999 VC Fund | A | Distribution | K | T | | | | | |
| 57. Cooley I-2000 Fund | A | Distribution | K | T | | | | | |
| 58. Cooley I-1999 Fund | A | Distribution | K | T | | | | | |
| 59. New Resource Bank stock | A | Dividend | J | T | | | | | |
| 60. IRA #3 | B | Int./Div. | L | T | | | | | |
| 61. -- Vanguard Wellington Fund | | | | | | | | | |
| 62. Wells Fargo Cash Accounts | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James J. | 07/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James J. | 07/02/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James J. Donato**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 110 | 145 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 538 | 363 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 51 | 853 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable – see schedule | | 789 | 530 |
| Real estate owned – personal residence | 2 | 500 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 50 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
|   Shearman & Sterling HR-10 plan | | 181 | 563 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 789 | 530 |
| | | | | Net Worth | 3 | 642 | 394 |
| Total Assets | 4 | 431 | 924 | Total liabilities and net worth | 4 | 431 | 924 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |